```
____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
            COUNSEL/PARTIES OF RECORD

          DEC 1 0 2012

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | 3:12-CR-087-RCJ-(VPC) |
| ) | |
| WILLIAM AUGUSTA HOPPE, ) | |
| ) | |
| Defendant. ) | |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on November 28, 2012, defendant WILLIAM AUGUSTA HOPPE pled guilty to Count Two of a Two-Count Superseding Indictment charging him with Receipt of Child Pornography, in violation of Title 18, United States Code, Section 2252A(a)(2). Superseding Indictment, ECF No. 12; Change of Plea, ECF No. 19; Plea Memorandum, ECF No. 20.

This Court finds defendant WILLIAM AUGUSTA HOPPE agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Superseding Indictment. Superseding Indictment, ECF No. 12; Change of Plea, ECF No. 19; Plea Memorandum, ECF No. 20.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Superseding Criminal Indictment and the offense to which defendant WILLIAM AUGUSTA HOPPE pled guilty.

. . .

. . .

1  The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section
2  2253:
3     1.   One Compaq Desktop Tower (Serial No. CNH6081RZ0);
4     2.   One Seagate Hard Drive (Serial No. 5MT3AE29);
5     3.   One Acer Desktop Tower (Serial No. PTSJWP200120608D559200);
6     4.   One Vizio Speaker (Serial No. SSWOSA1000021);
7     5.   One LG TV Monitor (Serial No. 201RMVB1N975);
8     6.   Misc. CDs/CD-Rs; and
9     7.   any book, magazine, periodical, film, videotape, or other matter which contains
10         any such visual depiction, which was produced, transported, mailed, shipped,
11         or received in violation of Title 18, United States Code, Section
12         2252A(a)(5)(B) ("property").
13  This Court finds the United States of America is now entitled to, and should, reduce the
14  aforementioned property to the possession of the United States of America.
15  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
16  United States of America should seize the aforementioned property.
17  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
18  WILLIAM AUGUSTA HOPPE in the aforementioned property is forfeited and is vested in the
19  United States of America and shall be safely held by the United States of America until further
20  order of the Court.
21  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
22  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
23  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
24  the time under the applicable statute when a petition contesting the forfeiture must be filed, and
25  state the name and contact information for the government attorney to be served with the petition,
26  pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
2   with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South
3   Virginia Street, 3rd Floor, Reno, NV 89501.
4   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
5   shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
6   following address at the time of filing:

> Greg Addington
> Assistant United States Attorney
> 100 West Liberty Street, Suite 600
> Reno, NV 89501

10   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
11   need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
12   following publication of notice of seizure and intent to administratively forfeit the above-described
13   property.
14   DATED this 10th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE