UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM AUGUSTA HOPPE,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)  3:12-CR-087-RCJ-(VPC)<br>)<br>)<br>)<br>) |

**FINAL ORDER OF FORFEITURE**

On December 11, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 2253, based upon the plea of guilty by defendant WILLIAM AUGUSTA HOPPE to the criminal offense, forfeiting specific property alleged in the Superseding Indictment and agreed to in the Plea Memorandum and shown by the United States to have a requisite nexus to the offense to which defendant WILLIAM AUGUSTA HOPPE pled guilty. Preliminary Order of Forfeiture, ECF No. 23.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from February 7, 2013, through March 8, 2013, notifying all third parties of their right to petition the Court. 27.

. . .

1   This Court finds no petition was filed herein by or on behalf of any person or entity and the
2   time for filing such petitions and claims has expired.

3   This Court finds no petitions are pending with regard to the assets named herein and the time
4   for presenting such petitions has expired.

5   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8   32.2(c)(2); Title 18, United States Code, Section 2253; and Title 21, United States Code, Section
9   853(n)(7) and shall be disposed of according to law:

10  1. One Compaq Desktop Tower (Serial No. CNH6081RZ0);
11  2. One Seagate Hard Drive (Serial No. 5MT3AE29);
12  3. One Acer Desktop Tower (Serial No. PTSJWP200120608D559200);
13  4. One Vizio Speaker (Serial No. SSWOSA1000021);
14  5. One LG TV Monitor (Serial No. 201RMVB1N975);
15  6. Misc. CDs/CD-Rs; and
16  7. any book, magazine, periodical, film, videotape, or other matter which contains any such
17     visual depiction, which was produced, transported, mailed, shipped, or received in
18     violation of Title 18, United States Code, Section 2252A.

19  . . .
20  . . .
21  . . .
22  . . .
23  . . .
24  . . .
25  . . .
26  . . .

Case 3:12-cr-00087-RCJ-VPC   Document 29   Filed 05/13/13   Page 3 of 3

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this __1__ day of ~~May~~ July, 2013.

_____
UNITED STATES DISTRICT JUDGE